FILED

2021 NOV 29 AM 9:17

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT CALIF.

JB

21MJ05405

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States Of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 15-CR-02651-LAB |
| v. | |
| Helene Jessica Gomez | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Petition (Probation Violation)
in the Southern District of California on 10/21/21
at 3:28 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 08/30/21
in violation of Title 18 U.S.C., Section(s) 3583
to wit: Southern California

A warrant for defendant's arrest was issued by: The Honorable Larry Alan Burns

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11-29-2021_
         Date

_____          Matthew Starr
Signature of Agent                  Print Name of Agent

USMS                                DEPUTY
Agency                              Title

---

CR-52 (03/20)         DECLARATION RE OUT-OF-DISTRICT WARRANT