# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 2:21-MJ-05405-DUTY | Date | November 29, 2021 |
| Title | United States v. Helene Jessica Gomez | | |

**Present: The Honorable** Margo A. Rocconi, United States Magistrate Judge

| Erica Bustos | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF TEMPORARY DETENTION

Defendant is alleged to have violated the terms of supervised release regarding a case arising from the Southern District of California.

The government and defense counsel have agreed that a bond would be suitable under the same conditions as the bond currently set in the Southern District of California with the following additional conditions: (1) a $7,000 signature bond and (2) release only to a residential drug treatment facility once a space has been secured for Defendant.

Unless and until such conditions are met and this Court authorizes the bond and release, Defendant is ordered temporarily **DETAINED** and shall not be immediately transported to the Southern District of California. If the above conditions are not met by **January 10, 2022**, the Defendant shall remain in custody and be transported to the Southern District of California to attend her January 17, 2022 court appearance.